**Steve CONLEY, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66583.**

Missouri Court of Appeals,
Western District.

Jan. 30, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2007.

Jeffrey B. Tonkin, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE, and JOSEPH M. ELLIS, JJ.

## ORDER

PER CURIAM.

Mr. Steve Conley, Jr. appeals from the denial of his Rule 29.15 post-conviction relief motion. He claims that trial counsel was ineffective for failing to inform him of his right to a jury trial and for lack of trial preparation.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).